Ex parte HENRY MARTIN.

No. A-6529. Opinion Filed March 22, 1927.
(254 Pac. 1118.)

Bowling & Farmer, Moman Pruiett, and Ben F. Williams, for petitioner.

Smith C. Matson, Asst. Atty. Gen., for respondent.

PER CURIAM. Petitioner, Henry Martin, in the custody of the sheriff of Garvin county, filed in this court March 17, 1927, a petition for writ of habeas corpus to be admitted to bail. A rule to show cause entered and issued, returnable March 24, 1926. On

March 21 counsel of record for petitioner filed in this court a motion to dismiss the cause without prejudice. It is therefore adjudged and ordered that said cause be dismissed.